**Order entered December 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01382-CV

### IN RE TEXAS HEALTH RESOURCES AND LHP HOSPITAL GROUP, INC., Relators

**Original Proceeding from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-15-0119**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** the emergency motion for temporary relief. We **ORDER** relator to bear the costs of

this original proceeding.

/s/     MOLLY FRANCIS
           JUSTICE